AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jimmy Filyaw, <br> *Plaintiff* <br> v. <br> Florence County Detention Center, <br> <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.     1:20-cv-00819-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Jimmy Filyaw, shall take nothing of the defendant, Florence County Detention Center, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding, adopting with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   June 9, 2020                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                              *s/L. Baker*
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*